UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAMIRRA CAVANAUGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO: 1:22-cv-00324-RLY-MPB |
| EZPAWN INDIANA, INC. d/b/a EZPAWN, | ) ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

The Court, having considered the Joint Stipulation of Voluntary Dismissal with Prejudice filed by the parties pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby ORDERS that this action be **DISMISSED WITH PREJUDICE**, with the parties responsible for their own attorneys' fees and costs.

**SO ORDERED** this 1st day of _____June_____, 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all ECF counsel of record